JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, | Case: 2:15-CV-02928-BRO-PJW |
| Plaintiff, | **ORDER** |
| v. | |
| BEDS UNLIMITED, INC., a California Corporation; BUSINESS CENTER ASSOCIATES, a California General Partnership; and Does 1-10, | |
| Defendants. | |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  September 29, 2015

_____
HON. BEVERLY REID O'CONNELL
United States District Judge

1